■ NAGAN CONSTRUCTION, INC., et al., Appellants, v MONSI-GNOR McCLANCY MEMORIAL HIGH SCHOOL, Respondent, et al., Defendants. L.E.B. ELECTRIC, LTD., Nonparty Respondent. [26 NYS3d 716]—In an action, inter alia, to recover damages for breach of contract, negligence, and fraud, the plaintiffs appeal (1) from an order of the Supreme Court, Queens County (Grays, J.), dated March 27, 2013, which denied their motion, inter alia, to compel nonparty L.E.B. Electric, Ltd., to comply with a subpoena, and granted the cross motion of nonparty L.E.B. Electric, Ltd., inter alia, for a protective order with respect to the subpoena, and (2), as limited by their brief, from so much of an order of the same court dated July 10, 2013, as granted the motion of the defendant Monsignor McClancy Memorial High School for a protective order with respect to certain discovery sought by the plaintiffs.

Ordered that the appeals are dismissed as academic, without costs or disbursements, in light of a subsequent order of the Supreme Court, Queens County, dated April 1, 2014, and this Court's determination of the appeal therefrom (*see Nagan Constr., Inc. v Monsignor McClancy Mem. High Sch.*, 137 AD3d 986 [2016] [decided herewith]). Rivera, J.P., Dickerson, Miller and Maltese, JJ., concur.